# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO 2 OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 26, 2014, the cause upon appeal to revise or reverse your judgment between

Judith Zaffirini, David H. Arredondo and Clarissa N. Chapa, As Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra, Appellant

V.

Rocio G. Guerra, Appellee

No. 04-14-00436-CV and Tr. Ct. No. 2008-PB7-000016-L2

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED dissolving the temporary injunction granted by the trial court. It is ORDERED that appellants, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, as Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra, recover their costs of this appeal from appellee, Rocio G. Guerra.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 4, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00436-CV

**Judith Zaffirini, David H. Arredondo and Clarissa N. Chapa, As Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra**

**v.**

**Rocio G. Guerra**

(NO. 2008-PB7-000016-L2 IN COUNTY COURT AT LAW NO 2 OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | ROBINSON RAMSEY |
| CLERK'S RECORD | $135.00 | UNKNOWN | NA |
| MOTION FEE | $10.00 | E-PAID | JEFFREY KNEBEL |
| MOTION FEE | $10.00 | E-PAID | JEFFREY KNEBEL |
| MOTION FEE | $10.00 | E-PAID | JEFFREY KNEBEL |
| CLERK'S RECORD | $100.00 | PAID | NA |
| MOTION FEE | $10.00 | E-PAID | JEFFREY KNEBEL |
| MOTION FEE | $10.00 | E-PAID | ROBINSON RAMSEY |
| REPORTER'S RECORD | $5,532.00 | PAID | |
| CLERK'S RECORD | $95.00 | UNKNOWN | |
| CLERK'S RECORD | $477.00 | NOT PAID | PENDING PAYMENT  SUBMITTED WITH APPEAL TRIAL COURT CASE NUBMER 04-14-00438-CV |
| MOTION FEE | $10.00 | E-PAID | |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | ROBINSON RAMSEY |
| INDIGENT | $25.00 | E-PAID | ROBINSON RAMSEY |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | ROBINSON RAMSEY |
| FILING | $100.00 | E-PAID | ROBINSON RAMSEY |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  $477.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 4, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853